UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROTHERHOOD MUTUAL INSURANCE
COMPANY

        Plaintiff,

v.                                    Case No. 09-13739

APOSTOLIC FAITH CHURCH, et al.,

        Defendants.
                                          /

**ORDER ADJOURNING SCHEDULING CONFERENCE**

On October 15, 2009, the parties in the above-captioned matter appeared, though counsel, for a scheduling conference. During the scheduling conference, Plaintiff's counsel indicated that he was contemplating whether to file a motion to remand, and Defendants' counsel indicated that they were contemplating whether to file a motion to stay. The court determined that the scheduling conference should be reset for a later date, to allow the parties time to decide whether to file any of the motions and, if so, whether concurrence could be obtained prior to filing the motions. Thus,

IT IS ORDERED that the October 15, 2009 scheduling conference is ADJOURNED until **November 9, 2009 at 2:30 p.m.**[1]

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: October 16, 2009

---

[1] Plaintiff's counsel is instructed to inform the court's staff as soon as possible as to whether he will be filing a motion to remand. Likewise, in the event the parties agree to stay this case, they should file a stipulation upon agreement, rather than wait until the conference.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 16, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522
